## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brenda Brimmerman,                                    Civil File No. 13-cv-01538 DSD/FLN

        Plaintiff,

vs.                                                   **STIPULATION OF DISMISSAL**
                                                      **WITH PREJUDICE**

Performant Recovery, Inc.,

        Defendant.

---

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

        **MARTINEAU, GONKO & VAVRECK, PLLC**

Dated:  November 5, 2013    By     s/Mark L. Vavreck
                      Mark L. Vavreck (License #318619)
                      Attorneys for Plaintiff
                      401 North Third Street, Suite 600
                      Minneapolis, MN  55401
                      Telephone:  612-659-9500
                      Facsimile:  612-659-9220
                      mvavreck@mgvlawfirm.com

        **BASSFORD REMELE,** *A Professional Association*

Dated:  November 5, 2013    By     s/Susan E. Gustad
                      Michael A. Klutho (License #186302)
                      Susan E. Gustad (License #268008)
                      Attorneys for Defendant
                      33 South Sixth Street, Suite 3800
                      Minneapolis, Minnesota 55402-3707
                      Telephone:   612-333-3000
                      Facsimile:   612-333-8829
                      mklutho@bassford.com