# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brenda Brimmerman,  Civil File No. 13-cv-01538 DSD/FLN

    Plaintiff,

vs.  **ORDER FOR DISMISSAL WITH PREJUDICE**

Performant Recovery, Inc.,

    Defendant.

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated:  November 6, 2013

s/David S. Doty
David S. Doty, Judge
United States District Court